UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA HERREJON MOLINA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC COHAN, et al.,<br><br>Defendants. | Case No. 1:22-cv-01148-ADA-CDB<br><br>ORDER ON STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 10) |

On September 8, 2022, Plaintiff Erika Herrejon Molina ("Plaintiff") filed a complaint for injunctive relief and petition for writ of mandamus against Defendants.  (ECF No. 1).  On November 21, 2022, the parties filed a stipulation to request a first extension of time in which to respond to the Complaint.  (ECF No. 10).  For the reasons set forth in the stipulation, and for good cause shown, IT IS HEREBY ORDERED:

1.  Defendants' deadline to file an answer or other dispositive pleading is January 20, 2023; and

2.  The Initial Scheduling Conference set for December 13, 2022, at 9:00 AM before Magistrate Judge Christopher D. Baker is continued to February 9, 2023, at 9:30 AM. The parties shall appear at the conference remotely via Zoom video conference, and counsel may obtain the Zoom ID and password from the Courtroom Deputy prior to the conference. The parties are reminded to file consent/decline forms of Magistrate

Judge jurisdiction and of their obligation to file a joint scheduling report at least one week prior to the conference.  (ECF No. 4).  The joint scheduling report shall also be e-mailed, in Word format, to CDBorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:   __**November 23, 2022**__                    _____

UNITED STATES MAGISTRATE JUDGE